AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Columbia



FILED

MAY - 3 2013

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

| | |
|---|---|
| Martin Baasch<br>Rendsburger Landstraße 100<br>24113 Kiel / Deutschland<br>*Petitioner*<br>v.<br>LEON C. PANETTA, Secretary of Defense<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000<br>*Respondent*<br>*(name of warden or authorized person having custody of petitioner)* | Case: 1:13-cv-00674<br>Assigned To : Leon, Richard J.<br>Assign. Date : 5/3/2013<br>Description: Habeas Corpus |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Martin Baasch

   (b) Other names you have used: None

2. Place of confinement:

   (a) Name of institution: Unknown military base inside the United States of America

   (b) Address: Not known

   (c) Your identification number: Not known

3. Are you currently being held on orders by:

   ☐ Federal authorities  ☐ State authorities  ☑ Other - explain:

   Military authorities

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you: _____

   (b) Docket number of criminal case: _____

   (c) Date of sentencing: _____

   ☐ Being held on an immigration charge

   ☑ Other *(explain)*: I am an unlawful detained person. I suspect people within the military of the U.S. of testing some kind of computer-aided routines which they began to broadcast into my brain more than eight years ago. I am in military custody because these routines also are used as a psychological prison.



AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☒ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Unknown military base inside the United States of America under the supervision of the pentagon
   (b) Docket number, case number, or opinion number: Not known
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   In July 2004 they began to attack me in my hometown Kiel in Germany and started to restrict my freedom dramatically. They are detaining me now for a period of more than eight and a half years without a lawful basis and without a concrete date of release. In these years I suffered from enormous physical and psychological pain.
   (d) Date of the decision or action: 07/01/2004

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes     ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U S C § 2241

(b) If you answered "No," explain why you did not appeal: I was not able to. There has been no decision of any kind brought to my attention and personally written e-mails ,e.g. to the U.S. Department of Justice, had no impact on the situation.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes      ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal: I was not able to. There has been no decision of any kind brought to my attention and personally written e-mails ,e.g. to the U.S. Department of Justice, had no impact on the situation.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: I was not able to. There has been no decision of any kind brought to my attention and personally written e-mails ,e.g. to the U.S. Department of Justice, had no impact on the situation.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
    Does this case concern immigration proceedings?
    ☐ Yes     ☒ No
    If "Yes," provide:
    (a) Date you were taken into immigration custody: _____
    (b) Date of the removal or reinstatement order: _____
    (c) Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes     ☐ No
        If "Yes," provide:
        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

    (d) Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes     ☐ No
        If "Yes," provide:
        (1) Name of court: _____
        (2) Date of filing: _____
        (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** At no time in my whole life I have been involved in planning, supporting or realisation of any activities against the United States of America or other constitutional states. Persons within the military of the United States of America knew this as they intentionally started to attack me in my hometown Kiel in Germany and began to abuse me as guinea pig.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I suppose the U.S. military is operating a secret computer system. One purpose of this computer system is to gather information from humans all over the world while receiving signals from their brains. Military researchers are doing ethically reprehensible research. I believe they had been watching me a long time and because of this these people obligatory had to know that I never got any military training and that I'm politically uninterested.
I could not even considered as an unlawful enemy combatant as defined in the Military Commissions Act of 2006 Sec. 948a.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes     ☒ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: No appeals were available to me.

**Request for Relief**

15. State exactly what you want the court to do: I respectfully ask the Court to order my release on the basis listed under ground one. Furthermore I respectfully ask the Court to order the military of the United States of America not to do any kind of research again.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U S C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2013-04-28        _Martin Baus_____
                         *Signature of Petitioner*


                         _____
                         *Signature of Attorney or other authorized person, if any*

## Introduction of the person and course of the events

1. I'm a citizen of the Federal Republic of Germany and I am thirty-nine years old. I'm not married and live alone in my hometown Kiel in the north of Germany. I never got any military training and would describe myself as politically disinterested person. I haven't been in a war zone or within a territory beyond constitutional order at any time in my life. I've also never sympathized with ideas or persons which terrorize other persons or any constitutional state. Currently I'm unemployed and cannot afford a lawyer.

2. I'm a civilian unlawfully attacked by some kind of biological weapon. I suspect the U.S military of the creation and development of such weapon under the supervision of the Department of Defense. This biological weapon also has the function of a prison. It generated and generates still a noise of varying intensity which is accompanied by linguistic content in German language twenty-four hours a day. This psychologically distinct linguistic content forces every day again listening. Since 2004 I am being held against my will in this kind of a prison.

3. In the end of January 2004, while I was lying in my bed half asleep, I suddenly realized a computer-animated scene before my eyes which referred to the street in which I lived at that time. For a brief moment I saw this street from the perspective of some kind of camera or imaginary person in my head and a well-known German late night moderator was shown comically in a strange and hateful way. Immediately afterwards I noticed a feeling of fear coming from my stomach which I have never felt before in this intensity.

4. A couple of days later weird thoughts come to my mind. For a short period of time I thought I was contacted by some kind of alien life form which has been imprisoned by the U.S. military. At that time I also thought I was allowed to order goods via internet without payment, order a credit card without appropriate income, had not to pay the rent and the telephone bill. This resulted in liabilities of several thousand euros. Some intense feeling of almightiness occurred and I wrote several e-mails to former employers and to embassies of the Arabic world containing threats and stupidities. In my opinion I was in a state of limited mental capacity for which I cannot be held responsible.

5. In the end of June 2004 I recognized an oscillating noise in my head. I began to hear this noise twenty-four hours a day. I assumed the U.S. military would do some experiments and I was chosen as test person. This noise became louder and began to hurt in the region of my right ear. The pain coming from this noise was so awful for hours that I began to cry. About that time I also got at least two very strong unnatural stabs in my heart. They also hurt me by causing strong pain in the region of my left areola and in the region of my left axilla for hours. It felt like someone uses a sharp object from the inside to cause pain.

6. Approximately one or two months later I first recognized a synthetic voice in my head. This voice could not be heard from other people around me (like the cutting noise). I can't remember what the voice said but it was very threatening.

7. Until the end of 2004 I additionally suffered strong pain in the region of my right ear for hours, at least two times. It felt like someone uses a sharp object from the inside to cause pain. They also hurt me every day for hours during a week long course to determine the job-skills by increasing the intensity of this noise. I was unable to hear anything through my right ear.

8. I cannot remember everything the suspected persons did during 2004-2013 but gathered information about very painful periods during these years: From 01-08-2007 to 10-07-2007 they caused serious harm through this noise approximately 5-6 hours daily. From 09-03-2008 to 06-02-2009 they caused serious harm through this noise approximately 1-2 hours every couple of days. The whole year 2012 they caused moderately strong harm in the region of my right ear, head pressure on both sides, above the forehead and on the upper side and backside of my head ranging from 30 minutes up to approximately 6 hours a day, at least one time a week. They regularly started in the morning after I woke up and at 2:00 pm. Even in 2013 the free living is severely restricted by an unbearable, cutting noise in my head over a period of up to an estimated ten hours on some days. My capacity to work is diminished for many years and the everyday coping is considerably complicated. Often I have to go to bed because then the pain becomes more bearable.

9. The suspected persons also created computer-animated dreams from visual stimuli and memories which appear from time to time. These dreams cause emotions like fear, despair and melancholy.

10. In the years of detention I wrote several e-mails to the White House, the U.S Department of Justice and the United States Attorney's Office for the District of Columbia but I never got an answer.

11. Unfortunately, I have no proof for my suspicions. During my internet research I found out that quite a few American citizens suffer physically and psychologically from electronic harassment. When they reported symptoms like hearing voices some of them were treated as mentally ill. I also found out that the U.S. military has patented a technology which can be used for this or a similar purpose ("Voice-to-Skull" device). In addition, illegal human experiments were already carried out during projects such as MKUltra. Of course, I do not possess any specialized knowledge, but in my opinion the existence of such or similar technology cannot be regarded as absurd.

12. I do not lament here about a voice that simply said "Hello!". I suffer from an absolutely inhuman treatment given to me many years twenty-four hours every day continuously. The suspected persons have treated me over a period of almost a decade of my only life as human rubbish. Even though I am not physically deprived of my liberty I hope this petition is the appropriate action to challenge my confinement.

I respectfully ask the Court to order my immediate release. In addition, I respectfully ask the Court for future protection from these people.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2013-04-29

_____
Signature of Petitioner